Patrick Allen and John W. Sheehan, appellees, v. Glens Falls Insurance Company of Glens Falls, New York, appellant. Gen. No. 8,413.

Heard in this court at the April term, 1930. Opinion filed October 29, 1930.

Brown, Hay & Stephens, for appellant. Gillespie, Burke & Gillespie, for appellees; L. F. Gillespie and Hugh J. Dobbs, of counsel.

Mr. Justice Niehaus delivered the opinion of the court.

Will County National Bank of Joliet, Illinois, as administrator of the estate of Charles M. Gatliff, deceased, appellee, v. Champaign County Mutual Relief Association, appellant. Gen. No. 8,431.

Heard in this court at the April term, 1930. Opinion filed October 29, 1930.

Campbell & Graham, for appellant. Busch & Harrington, for appellee; C. E. Tate, of counsel.

Mr. Justice Niehaus delivered the opinion of the court.

Kelly Trail, trading as Trail Electric Company, appellee, v. Lena Watters Hall, appellant. Gen. No. 8,434.

Heard in this court at the April term, 1930. Opinion filed October 29, 1930.

John F. Pearl, for appellant. George J. Smith, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

Lucy S. Fritz et al., complainants, v. C. M. Bowcock et al., defendants. Lucy S. Fritz et al., appellants. Gen. No. 8,404.

Heard in this court at the April term, 1930. Opinion filed October 29, 1930.

Carey E. Barnes and Brown, Hay & Stephens, for appellants. Hoff & Hoff, Edward F. Irwin, Henry A. Converse and Clayton J. Barber, for appellees; Lawrence Hoff, of counsel.

Per curiam.